IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER: 13 |
| | : | |
| DAVIS McALLAN SEYMOUR, and | : | CASE NUMBER: 14-71376 |
| LaNITA MARIE SEYMOUR, | : | |
| | : | |
| Debtors. | : | JUDGE: SACCA |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to United States Bankruptcy Court Rule 9010 and 2002, the undersigned attorney enters his Appearance of Counsel and Request for All Notices, Pleadings, and Documents as counsel for **Antep Auto Sales, Inc.** and hereby requests that the Clerk of the United States Bankruptcy Court to add counsel's name and address to the master list of creditors for the purpose of receiving notices, pleadings, and documents as follows:

Gregory H. Brack
BRACK & WESTEE, P.C.
378 Lawrence Street
Marietta, GA 30060

**Antep Auto Sales, Inc.** hereby requests that all notices given or required to be given in this case, or in any cases consolidated herewith, and all papers served or required to be served in this case, or in any cases consolidated herewith, be given and served upon the above referenced attorney and office. This request encompasses, but not limited to, Notices, Pleadings and Documents referenced in 11 U.S.C. § 1109(b), or in United States Bankruptcy Rules 2002, 3017 or 9007, including but not limited to notices of any Petitions, Pleadings, Motions, Notices, Demands, Request, Applications or any other document brought before this Court in the above styled case or which otherwise seek to affect the disposition of the above styled case.

This the 5th day of November 2014

BRACK & WESTEE, P.C.

/s/Gregory H. Brack
Gregory H. Brack
Attorney for Antep
Georgia Bar: 073880

378 Lawrence Street
Marietta, GA 30060
(770) 424-7000
gbrack@brackwestee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER: 13 |
| | : | |
| DAVIS McALLAN SEYMOUR, and | : | CASE NUMBER: 14-71376 |
| LaNITA MARIE SEYMOUR, | : | |
| | : | |
| _____Debtors._____ | : | JUDGE: SACCA |

CERTIFICATE OF SERVICE

    This is to certify that a true and accurate copy of NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND DOCUMENTS has been served through United States First Class Mail with sufficient postage upon:

Adam M. Goodman
Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Carson R. Walden
Walden, Goodhart, Harden & New
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Davis McAllan Seymour
LaNita Marie Seymour
1565 Smithson Court
Lithonia, GA 30058

    This the 5th day of November 2014

                                                                      BRACK & WESTEE, P.C.

                                                                      /s/Gregory H. Brack
                                                                      Gregory H. Brack
                                                                       Attorney for Antep
                                                                       Georgia Bar: 073880

378 Lawrence Street
Marietta, GA 30060
(770) 424-7000
gbrack@brackwestee.com