**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)

      **Davis McAllan Seymour**

      **LaNita Marie Seymour**

Case No.: **14–71376–jrs**

Chapter:  **13**

**NOTICE TO DEBTOR**
**THAT COURSE ON FINANCIAL MANAGEMENT**
**IS REQUIRED TO RECEIVE DISCHARGE**


Upon review of the docket in the above–styled case, it appears that Debtor or Debtors (hereinafter "Debtor") has not filed Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) showing that Debtor has completed the personal financial management course or is exempt. Sections 727(a)(11), 1141(d)(3)(C), and 1328(g) of Title 11, U.S.Code, require an individual debtor in a Chapter 7, 11, or 13 case to complete an instructional course on personal financial management after filing the case unless Debtor obtains an order granting an applicable exemption provided by §109(h)(4). **To comply with the course requirement, a debtor must timely file Form 23 with the Clerk's office.** *See* Interim Bankruptcy Rule 1007(b) and (c) and Official Form 23 (12/13). Failure to timely file Form 23 may result in the case being closed without Debtor receiving a discharge.

A **Chapter 7** debtor must file Form 23 within 60 days after the first date set for the meeting of creditors. **Chapter 11 and 13** debtors must file Form 23 no later than the date the last payment is made as required by the plan or the date a motion for entry of discharge is filed. If Debtor subsequently files a motion to reopen the case in order to file Form 23, Debtor must pay the appropriate fee to reopen the case. **THIS NOTICE WILL BE THE ONLY REMINDER ABOUT THE COURSE REQUIREMENT.**

This Notice will be served upon the Debtor, counsel for Debtor, and the Trustee.


Dated:  February 9, 2015


**\*\* Mailing Address**
 United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 417 (Effective 12/01/2010)

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                   Case No. 14-71376-jrs
Davis McAllan Seymour                                                    Chapter 13
LaNita Marie Seymour
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: cornettj          Page 1 of 1          Date Rcvd: Feb 09, 2015
                              Form ID: 417            Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2015.
db/jtdb        +Davis McAllan Seymour,   LaNita Marie Seymour,   1565 Smithson Ct,   Lithonia, GA 30058-6199
aty            +Carson R. Walden,   Walden, Goodhart, Harden & New,   Suite 757,   315 W. Ponce de Leon Avenue,
                 Decatur, GA 30030-2497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: bnc@13trusteeatlanta.com Feb 09 2015 21:26:55      Adam M. Goodman,
                 Adam M. Goodman, 13 Trustee,   Suite 200,   260 Peachtree Street,   Atlanta, GA 30303-1236
                                                                                          TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2015 at the address(es) listed below:
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Carson R. Walden   on behalf of Debtor Davis McAllan Seymour cwalden@wghnlaw.com,
                info@wghnlaw.com
              Carson R. Walden   on behalf of Joint Debtor LaNita Marie Seymour cwalden@wghnlaw.com,
                info@wghnlaw.com
              Gregory H. Brack   on behalf of Creditor   Antep Auto Sales, Inc. gbrack@brackwestee.com
                                                                                    TOTAL: 4