UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CASE NO. 14-71376-PMB |
|---|---|
|  | CHAPTER 13 |
| DAVIS MCALLAN SEYMOUR |  |
| LANITA MARIE SEYMOUR | JUDGE PAUL M. BAISIER |
|  |  |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Melissa J. Davey files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** MTGLQ INVESTORS, LP

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4-3 | XXXXX5338 | $0.00 | $6,229.93 | $664.90 |
| *Total Amount Paid by Trustee |  |  |  | $664.90 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

\*The original proof of claim filed by Wilmington Savings Fund Society on 12/8/14 claimed an arrearage of $6,229.93. On 10/7/16, MTGLQ Investors filed a principal balance proof of claim. On 10/19/16, MTGLQ Investors filed a second amended principal balance claim, leaving the above referenced amount paid on the claim.

CASE NO. 14-71376-PMB

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 30th day of November, 2017.

DAVIS MCALLAN SEYMOUR, LANITA MARIE SEYMOUR, 1565 SMITHSON CT, LITHONIA, GA 30058

ELECTRONIC SERVICE - PRO SE,

WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, C/O SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE, SC 29603-0826

ELECTRONIC SERVICE - Travis E. Menk, Brock and Scott PLLC, 5121 Parkway Plaza Blvd., Suite 300, Charlotte, NC 28217

ELECTRONIC SERVICE - United States Trustee

Date: November 30, 2017                    /s/ Melissa J. Davey
                                            Melissa J. Davey
                                            Standing Chapter 13 Trustee
                                            260 PEACHTREE STREET N.W.
                                            SUITE 200
                                            Atlanta, GA 30303